IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON-ERIC PHOENIXX, | ) | CV 21-00302 LEK-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID MECKLENBURG, | ) | |
| OWNER, BEACH BUMS BBQ | ) | |
| BAR & GRILL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on September 28, 2021 and served on all parties on September 29, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Application to Proceed in District Court Without Prepaying Fees or Costs", ECF No. 6 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, October 19, 2021.



   /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**JON-ERIC PHOENIXX VS. DAVID MECKLENBURG, ETC.; CV 21-00302 LEK-RT; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**